■ ALLCITY INSURANCE COMPANY, Appellant, v MANHATTAN AND BRONX SURFACE TRANSIT OPERATING AUTHORITY et al., Defendants, and HANOVER INSURANCE COMPANY, Respondent. [804 NYS2d 62]—

Judgment (denominated an order), Supreme Court, Bronx County (Dianne T. Renwick, J.), entered January 6, 2005, which denied plaintiff's motion for summary judgment and granted defendant-respondent's cross motion for summary judgment dismissing the amended complaint and awarding defendant-respondent judgment on its counterclaim, unanimously modified, on the law, to declare in defendant-respondent's favor that it had no duty to defend or indemnify the New York City Transit Authority, and otherwise affirmed, with costs in favor of defendant-respondent payable by plaintiff.

Defendant-respondent did not provide coverage to the Transit Authority, the certificate of insurance notwithstanding (*see Insurance Corp. of N.Y. v U.S. Underwriters Ins. Co.*, 11 AD3d 235 [2004]), and its denial of control over or involvement in the third-party action commenced by the Transit Authority against its insured was unrebutted. Thus, there was no possibility it would be subrogated to its own insured (*cf. National Union Fire Ins. Co. of Pittsburgh, Pa. v State Ins. Fund*, 213 AD2d 164, 166 [1995]; *National Cas. Co. v State Ins. Fund*, 227 AD2d 115, 117 [1996], *lv denied* 88 NY2d 813 [1996]).

We modify solely to declare in defendant-respondent's favor (*see Lanza v Wagner*, 11 NY2d 317, 334 [1962], *cert denied* 371 US 901 [1962]). Concur—Buckley, P.J., Tom, Andrias, Sullivan and Malone, JJ.